3-25-08 BTB136593                                                    65100/1134LIT-4763

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, not individually but as Trustee    )
of PLUMBERS' PENSION FUND, LOCAL 130, U.A.,          )
PLUMBERS' WELFARE FUND, LOCAL 130, U.A.,             )
THE TRUST FUND FOR APPRENTICE AND                    )        No.  08 C 1035
JOURNEYMEN EDUCATION AND TRAINING,                   )
LOCAL 130, U.A., and CHICAGO JOURNEYMEN              )
PLUMBERS' LOCAL UNION 130, U.A.,                     )
GROUP LEGAL SERVICES PLAN FUND,                      )
                                                     )        Judge Charles R. Norgle
                                        Plaintiff,   )
                    v.                               )        Magistrate Judge
                                                     )        Nan R. Nolan
HOWE PLUMBING, INC., an Illinois corporation,        )
                                                     )
                                        Defendant.   )

**NOTICE OF MOTION**

To:    Howe Plumbing, Inc.
       c/o Its Registered Agent, John D. McShane
       6904 W. Cermak Rd.
       Berwyn, IL 60402

       PLEASE TAKE NOTICE that on Friday, April 11, 2008, at 9:30 a.m., or as soon thereafter
as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, or any judge
sitting in his place and stead, in Courtroom No. 2341 in the U.S. Courthouse, 219 S. Dearborn
Street, Chicago, Illinois, and then and there present Motion for Default Judgment, a copy of which
is herewith served upon you.

                                        JAMES T. SULLIVAN, etc., by his
                                        attorneys, DOUGLAS A. LINDSAY,
                                        JOHN W. LOSEMAN, LISA M. SIMIONI, and
                                        BRIAN T. BEDINGHAUS

                                        By:      s/ Brian T. Bedinghaus
Of Counsel:                                 Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP                20 N. Clark Street
20 N. Clark Street                           Suite 3200
Suite 3200                                   Chicago, IL  60602-5093
Chicago, IL 60602-5093                       312.580.1269
312.580.1200

1

<u>PROOF OF SERVICE</u>

I served a copy of the foregoing Notice of Motion upon:

Howe Plumbing, Inc.
c/o Its Registered Agent, John D. McShane
6904 W. Cermak Rd.
Berwyn, IL 60402

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with

postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street,

Chicago, Illinois on March 25, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on March 25, 2008.

_____
Christine Usyak

Lewis, Overbeck & Furman, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
312-580-1200