3-25-08 BTB136592                                        65100-1134LIT4763

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND,<br><br>        Plaintiff,<br><br>v.<br><br>HOWE PLUMBING, INC., an Illinois corporation,<br><br>        Defendant. | No. 08 C 1035<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge<br>Nan R. Nolan |

### JUDGMENT ORDER

This matter having come to be heard on Plaintiff's Motion for Default Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that Plaintiff's Motion is granted; Defendant is held in default, and judgment is entered in favor of Plaintiff, and against Defendant as provided herein;

IT IS FURTHER ORDERED that on or before May 2, 2008, Defendant shall submit to auditors designated by Plaintiff all books, records, and other information that such auditors may request for the purpose of an audit verifying Defendant's compliance with its contribution and other obligations under its collective bargaining agreement with Chicago Journeymen Plumbers' Local Union 130, U.A., during the period from April 1, 2006, to the present;

IT IS FURTHER ORDERED that on or before that same date, Defendant shall fully complete and submit to Union all delinquent monthly contribution reports, and shall continue to timely submit such reports while this action is pending and until the collective bargaining agreement is terminated; and

IT IS FURTHER ORDERED that the Court retains jurisdiction to enter any orders necessary to effectuate and enforce the terms of this Order, and to enter such other and further judgment(s) in favor of Plaintiff and against Defendant for unpaid contributions and other amounts shown to be due and owing under the collective bargaining agreement, ERISA, and/or LMRA, including but not limited to interest, liquidated damages, audit costs, attorneys' fees, and court costs, as well as for such other and further relief as appears just and equitable.

Dated: 4-11-08

ENTER:

Charles R. Norgle
United States District Court Judge