5-5-08 BTB137196                                                                                           65100/1134LIT-4763

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc. | ) | |
| | ) | |
| | ) | No.  08 C 1035 |
| Plaintiff, | ) | |
| v. | ) | Judge Charles R. Norgle |
| | ) | |
| HOWE PLUMBING, INC., | ) | Magistrate Judge |
| | ) | Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Howe Plumbing, Inc.                                         Howe Plumbing, Inc.
         c/o John D. McShane, Registered Agent           c/o Jack Howe, President
         6904 W. Cermak Rd.                                         17743 Oak Park Ave.
         Berwyn, IL 60402                                               Tinley Park, IL 60477

    PLEASE TAKE NOTICE that on Friday, May 16, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, or any judge sitting in his place and stead, in Courtroom No. 2341 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Rule to Show Cause, a copy of which is herewith served upon you.

                                                JAMES T. SULLIVAN, etc., by his
                                                attorneys, DOUGLAS A. LINDSAY,
                                                JOHN W. LOSEMAN, LISA M. SIMIONI, and
                                                BRIAN T. BEDINGHAUS

                                        By:      s/ Brian T. Bedinghaus
                                                    Brian T. Bedinghaus
                                                    20 N. Clark Street
                                                    Suite 3200
                                                    Chicago, IL  60602-5093
                                                    312.580.1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

## PROOF OF SERVICE

I served copies of the foregoing NOTICE OF MOTION upon:

Howe Plumbing, Inc.
c/o John D. McShane, Registered Agent
6904 W. Cermak Rd.
Berwyn, IL 60402

Howe Plumbing, Inc.
c/o Jack Howe, President
17743 Oak Park Ave.
Tinley Park, IL 60477

by placing true and correct copies thereof in sealed envelopes addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on May 9, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 9, 2008

_Christine Usyak_
CHRISTINE USYAK

Lewis, Overbeck & Furman, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

2