
Order Form (01/2005)

M HN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1035 | **DATE** | 5/30/2008 |
| **CASE TITLE** | JAMES T. SULLIVAN vs. HOWE PLUMBING, INC. | | |

**DOCKET ENTRY TEXT**

Enter Order to Show Cause.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|