MHN

5-29-08 BTB  65100/1134LIT-4763

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc. | ) | |
| | ) | No. 08 C 1035 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Charles R. Norgle |
| | ) | |
| HOWE PLUMBING, INC., | ) | Magistrate Judge |
| | ) | Nan R. Nolan |
| Defendant. | ) | |

### RULE (ORDER) TO SHOW CAUSE

This matter coming before the Court on Plaintiff's Motion for Rule to Show Cause, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that Plaintiff's Motion is granted, and Jack Howe is ordered and directed to personally appear before Judge Charles R. Norgle, or any other judge sitting in his place and stead, in Courtroom 2341 of the United States Courthouse, 219 S. Dearborn Street, Chicago, IL, on **June 20, 2008, at 9:30 A.M.**, and then and there show cause why he should not be held in contempt of Court for Defendant's failure to comply with the Order entered on April 11, 2008.

**Failure to appear by Jack Howe in response to this Order will cause this Court to issue a Writ of Body Attachment for service upon Defendant by the United States Marshal's Service.**

DATED: 5/30/2008

ENTER:

_____
Charles R. Norgle
United States District Court Judge