IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as a Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., <br><br>        Plaintiffs,<br>Vs:<br><br>HOWE PLUMBING, INC.,<br><br>        Defendant. | AFFIDAVIT OF SERVICE<br><br>COURT CASE # 08 C 1035 |

I hereby certify, under penalty of perjury, that on the 4'th day of June, 2008, I received this Order, Rule To Show Cause, dated May 30'th, 2008, and then served it herein as follows:

On Mr. Jack Howe, as President of Howe Plumbing, Inc., by personally handing a copy of this Order, Rule To Show Cause, dated May 30'th, 2008, to the said Mr. Jack Howe.

This service was effected at the address of 17743 South Oak Park Ave., in Tinley Park, Illinois.

This service was effected on the 6'th day of June, 2008, at the hour of 4:30 p.m.

That the sex, race, approximate age and physical description of the person with whom this Order, Rule To Show Cause, dated May 30'th, 2008, was handed to is described as follows: Male, Caucasian, approximately 45 years of age, 6'0", 210 lbs., dark colored hair, with a mustache.

*Philip P. Ducar*

Philip P. Ducar
Special Process Server

Dated: June 7'th, 2008

Signed and sworn to, before me, a Notary Public, on this 7'th day of June, 2008.

_____
(NOTARY PUBLIC)

"OFFICIAL SEAL"
Frank J. Ryan
Notary Public, State of Illinois
My Commission Expires 12/07/09