## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Plumbers' Pension Fund Local 130, U.A., et al.

                                      Plaintiff,

v.

Howe Plumbing, Inc.

                                      Defendant.

Case No.:
1:08−cv−01035
Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Show cause earing is continued to 8/22/2008 at 9:30 a.m. Show cause hearing held on 6/20/2008. Respondent to produce records no later than 8/15/2008. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.