# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Plumbers' Pension Fund Local 130, U.A., et al.

                                          Plaintiff,

v.                                                           Case No.: 1:08−cv−01035

                                                               Honorable Charles R. Norgle Sr.

Howe Plumbing, Inc.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Show cause hearing held on 8/22/2008. Respondent failed to appear. The court finds respondent Howe in contempt of court. Respondent is find $25.00 per day until he produces all requested documents. Status hearing is set for 10/3/2008 at 9:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.